FILED

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0647

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0647

_____

BRIAN MOORE,

Plaintiff and Appellant,

v.

KEVIN R. FROST,

Defendant and Appellee.

_____

**GRANT OF EXTENSION**

_____

Upon consideration of the Unopposed Motion for Extension of Time, good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension, up to and through May 1, 2020, to file his response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 27 2020